**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| KENNA WILLIAMS,<br>**Individually and on behalf of all others<br>similarly situated,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**SAINT FRANCIS HEALTH SYSTEM,<br>INC.,**<br><br>   **Defendant.** | **Case No. 4:22-cv-00390- EFM-MTS**<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(B)**<br><br>**CLASS ACTION<br>PURSUANT TO FED. R. CIV. P. 23** |

## <u>PLAINTIFF'S NOTICE OF FILING CONSENTS TO JOIN</u>

COMES NOW, Plaintiff KENNA WILLIAMS, individually and on behalf of all others similarly situated, and hereby gives notice of filing with the Clerk of the Court the following Consents to Join pursuant to 29 U.S.C. § 216(b):

### NOTICE OF CONSENTS

1. Tenisha Allen
2. Jonathan Alls
3. Kayci Andrews
4. Melissa Binkley
5. Jennifer Brown
6. Eden Cole
7. Ian Cribbs
8. Shelly Duckworth
9. Kimberly Fike
10. Jaime Foreman
11. Gabriel Fricker
12. Ana Garcia
13. Tami Gianella
14. Martin Gonzalez
15. Judith Harper
16. Alexis Johnson
17. Monica P. Larson
18. Madalyne Lowe
19. Khup Mang
20. Kylee Mays
21. DaJuana McGill
22. Braylon Moore
23. Cecelia Norton
24. Makel Tucker
25. Tammi Whalin
26. Samantha Woolley

Date:  July 7, 2023                    Respectfully submitted,

**SHERWOOD, MCCORMICK & ROBERT**

By:    **Hugh M. Robert**
       Oklahoma Bar No. 22441
       hugh@smr-law.com
       Bank of America Center
       15 W. 6th Street, Suite 2112
       Tulsa, Oklahoma 74119
       Telephone: (918) 592-1144
       Facsimile: (918) 576-6907

**ANDERSON ALEXANDER, PLLC**

By:    /s/ *Clif Alexander*
       **Clif Alexander**
       (*Admitted Pro Hac Vice*)
       Texas Bar No. 24064805
       clif@a2xlaw.com
       **Austin W. Anderson**
       (*Admitted Pro Hac Vice*)
       Texas Bar No. 24045189
       austin@a2xlaw.com
       **Carter T. Hastings**
       (*Admitted Pro Hac Vice*)
       Texas Bar No. 24101879
       carter@a2xlaw.com
       101 N. Shoreline Blvd., Suite 610
       Corpus Christi, Texas 78401
       Telephone: (361) 452-1279
       Facsimile: (361) 452-1284

       *Counsel for Plaintiff and Putative Collective/Class Members*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Oklahoma, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander