## CONSENT TO JOIN WAGE CLAIM
## AGAINST SAINT FRANCIS HEALTH SYSTEM, INC.

Name: **Alexis Johnson**

1. I consent, agree, and opt-in to the lawsuit filed against Saint Francis titled *Williams v. Saint Francis Health System, Inc.*, No. 4:22-CV-00390-GKF-CDL (N.D. Ok.) ("the Lawsuit"), to pursue my overtime claims under the Fair Labor Standards Act ("FLSA") during the time that I was employed by Saint Francis.

2. I understand that the Lawsuit is brought under the FLSA, and I consent to be bound by the Court's decision.

3. I designate the attorneys at the law firms of ANDERSON ALEXANDER, PLLC and SHERWOOD, McCORMICK & ROBERT as my attorneys to prosecute my claims in the Lawsuit.

4. I consent to having the Representative Plaintiff(s) in the complaint against Saint Francis make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

5. If needed, I authorize the attorneys at the law firms of ANDERSON ALEXANDER, PLLC and SHERWOOD, McCORMICK & ROBERT to use this consent to re-file my claim in a separate lawsuit or arbitration against Saint Francis.

Signature: Alexis Johnson (Jun 29, 2023 16:40 CDT)

Date: **Jun 29, 2023**