# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KENNA WILLIAMS,**<br>**Individually and on behalf of all others**<br>**similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SAINT FRANCIS HEALTH SYSTEM,**<br>**INC.,**<br><br>**Defendant.** | **Case No. 4:22-CV-00390-EFM-MTS**<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF RULE 41 DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kenna Williams, individually and on behalf of all Opt-In Plaintiffs (collectively, "Plaintiffs") and Defendant Saint Francis Health System, Inc. ("Defendant"), stipulate to dismissal with prejudice of all claims and causes of action asserted against Defendant in this case by Plaintiffs, with each party to bear their own costs and attorneys' fees.

Date:   October 31, 2024

Respectfully submitted,

**SHERWOOD, MCCORMICK & ROBERT**

By:   /s/ *Hugh M. Robert*

**Hugh M. Robert**
Oklahoma Bar No. 22441
hugh@smr-law.com
Bank of America Center
15 W. 6th Street, Suite 2112
Tulsa, Oklahoma 74119
Telephone: (918) 592-1144
Facsimile: (918) 576-6907

**ANDERSON ALEXANDER, PLLC**

By:   /s/ *Clif Alexander*

**Clif Alexander**
(Admitted *Pro Hac Vice*)
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
(Admitted *Pro Hac Vice*)
Texas Bar No. 24045189
austin@a2xlaw.com
**Carter T. Hastings**
(Admitted *Pro Hac Vice*)
Texas Bar No. 24101879
carter@a2xlaw.com
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**COUNSEL FOR PLAINTIFF AND PUTATIVE COLLECTIVE/CLASS MEMBERS**

-and-

**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**

By:   */s/ Steven A. Broussard*
Steven A. Broussard, OBA No. 12582
Kristen P. Evans, OBA No. 30210
521 East 2nd Street, Suite 1200
Tulsa, OK  74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: sbroussard@hallestill.com
Email: kevans@hallestill.com

**ATTORNEYS FOR DEFENDANT,
SAINT FRANCIS HEALTH SYSTEM, INC.**

*Signed by filing counsel with permission of Defendant's counsel.*